```
                         United States Bankruptcy Court
                          Eastern District of California

In re:                                                   Case No. 20-10613-A
Esperanza Gonzalez Hansen                                Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0972-1         User: admin           Page 1 of 1           Date Rcvd: Feb 25, 2020
                             Form ID: 309A         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2020.
db             +Esperanza Gonzalez Hansen,    15046 Ave 224,    Tulare, CA 93274-9132
aty            +Brian K. Cuttone,    5380 N. Fresno Street, Suite 102,    Fresno, CA 93710-6847
22992970       +Chase Martin,    Adamski Moroski et al,    6633 Bay Laurel Place,    Avila Beach CA 93424-3504
22992972        Elan Financial Service,    Cb Disputes,    Saint Louis MO 63166
22992974       +Griswold Lasalle Gin LLP,    111 E Seventh Street,    Hanford CA 93230-4641
22992976       +Ted Iris Jacobson,    8055 Cristobal Ave,    Atascadero CA 93422-5163
22992977       +Wells Fargo Dealer Svc,    PO Box 10709,    Raleigh NC 27605-0709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: BDMSOUSA Feb 26 2020 08:58:00     David M. Sousa,    4112 S Demaree St,
                 Visalia, CA 93277-9476
tr             +EDI: FPLFEAR.COM Feb 26 2020 08:58:00     Peter L. Fear,    PO Box 28490,
                 Fresno, CA 93729-8490
smg             EDI: EDD.COM Feb 26 2020 08:58:00     Employment Development Department,
                 Bankruptcy Group, MIC 92E,    PO Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Feb 26 2020 08:58:00     Franchise Tax Board,    PO Box 2952,
                 Sacramento, CA 95812-2952
22992971       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 26 2020 04:13:55     Credit One Bank NA,
                 PO Box 98872,    Las Vegas NV 89193-8872
22992973        EDI: CALTAX.COM Feb 26 2020 08:58:00     Franchise Tax Board,    Bankruptcy Section MS A-340,
                 PO Box 2952,    Sacramento CA 95812-2952
22992975        EDI: IRS.COM Feb 26 2020 08:58:00     Internal Revenue Service,    PO Box 7346,
                 Philadelphia PA 19101-7346
                                                                                             TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
NONE.                                                                                        TOTAL: 0
```

| | | Information to identify the case: | |
|---|---|---|---|
| Debtor 1 | | **Esperanza Gonzalez Hansen** | Social Security number or ITIN    **xxx–xx–9847** |
| | | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | | Social Security number or ITIN    _ _ _ _ |
| | | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | | **Eastern District of California** | Date case filed for chapter   **7:**   **2/21/20** |
| Case number: | | **20–10613 – A – 7** | |

12/15

## Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Esperanza Gonzalez Hansen | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 15046 Ave 224<br>Tulare, CA 93274 | |
| 4. | **Debtor's attorney**<br>Name and address | Brian K. Cuttone<br>5380 N. Fresno Street, Suite 102<br>Fresno, CA 93710 | Contact phone:    559–228–8490 |
| 5. | **Bankruptcy trustee**<br>Name and address | David M. Sousa<br>4112 S Demaree St<br>Visalia, CA 93277 | Contact phone:    559–733–0544 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Robert E. Coyle United States Courthouse<br>2500 Tulare Street, Suite 2501<br>Fresno, CA 93721–1318 | Hours: M–F 9:00 AM – 4:00 PM<br>www.caeb.uscourts.gov<br>Phone: (559) 499–5800<br>Date: 2/25/20 |
| **7.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 26, 2020 at 12:00 PM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Robert E. Coyle United States Courthouse, 2500 Tulare Street, Room 1450, 1st Floor, Fresno, CA**<br><br>**Debtors are required to bring government issued photo identification and proof of social security number to the meeting of creditors.** |
| **8.** | **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/26/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Options to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov or debtors can register for DeBN by filing form EDC 3–321 Debtor's Electronic Noticing Request (DeBN) with the Clerk of Court. Both options are FREE and allow the Clerk to quickly send you court–issued notices and orders by email. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**